IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW FIELDS, Inmate #04595-033,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 03-291-GPM |
| | ) |
| **KATHLEEN HAWK-SAWYERS, E. A.** | ) |
| **STEPP, E. EDMISTER, M. BIBY, S.** | ) |
| **HALL, C. FRANCIS, D. LOCKRIDGE,** | ) |
| **OVERTON, R.N., and UNITED STATES** | ) |
| **OF AMERICA,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

Plaintiff has moved to dismiss all of his claims against all defendants. The Court notes that certain claims were previously dismissed by orders of this Court. In light of Plaintiff's motion (Doc. 84), the Court now **DISMISSES** all claims and this entire action **with prejudice**. The parties shall bear their own costs, and the Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 1/26/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge