## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDREW FIELDS, Inmate #04595-033, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 03-291-GPM |
| | ) | |
| KATHLEEN HAWK-SAWYERS, E. A. | ) | |
| STEPP, E. EDMISTER, M. BIBY, S. | ) | |
| HALL, C. FRANCIS, D. LOCKRIDGE, | ) | |
| OVERTON, R.N., and UNITED STATES | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JUDGMENT IN A CIVIL CASE</u>

This action came before the Court on a motion by Plaintiff to dismiss all claims against

all defendants with prejudice. *Doc. 84*.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal filed on

January 26, 2006, all claims in this action are **DISMISSED with prejudice** pursuant to Federal

Rule of Civil Procedure 41(a)(2). The parties shall bear their own costs and attorney's fees.

**DATED**: 1/26/06

NORBERT G. JAWORSKI, CLERK


By:  s/ Linda M. Cook
Deputy Clerk


APPROVED:  s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE